UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

PATRICK E. FARRELL,

    Petitioner,

v.                           Case No. 6:07-cv-1036-Orl-35KRS

JAMES MCDONOUGH, et al.,

    Respondents.

## **ORDER**

This case is before the Court on the following motions:

Petitioner's Motion for Leave to Proceed In Forma Pauperis on Appeal (Dkt. 15, filed March 30, 2009) and Petitioner's Request for a Certificate of Appealability (Dkt. 14, filed March 30, 2009). On consideration of the motions, the Court **ORDERS** as follows:

    1.    Petitioner's Motion for Leave to Proceed In Forma Pauperis on Appeal (Dkt. 15, filed March 30, 2009) is **DENIED**. Any appeal by Petitioner would not be taken in good faith under Federal Rule of Appellate Procedure 24(a) because Petitioner has failed to make a substantial showing of the deprivation of any federal constitutional right. Thus, Petitioner is not entitled to appeal as a pauper and shall pay the $455.00 appellate filing fee as required by 28 U.S.C. § 1915(a).

    2.    Petitioner's Request for a Certificate of Appealability (Dkt. 14, filed March 30, 2009) is **DENIED**. This Court should grant an application for certificate of appealability only

if the Petitioner makes "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). Petitioner has failed to make a substantial showing of the denial of a constitutional right.

**DONE AND ORDERED** at Orlando, Florida, this 6th day of April 2009.

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies to:
sa 4/6
Counsel of Record
Patrick E. Farrell